IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| THOMAS H. CLAY | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv19 |
| JANIS HANSON, ET AL. | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

Thomas H. Clay, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this Court.

Plaintiff filed two motions seeking a default judgment. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motions be denied. The recommendation was based on the conclusion that three of the defendants timely filed answers and one defendant had not received notice of the lawsuit.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record. No objections were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the court. Plaintiff's motions for default judgment (doc. nos. 26 and 37) are **DENIED**.

**SIGNED** this the 27 day of **January, 2022.**

_____
Thad Heartfield
United States District Judge